No. 83–1225. WYMBS ET AL. v. REPUBLICAN STATE EXECUTIVE COMMITTEE OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 83–1238. MAY v. AMERICAN SOUTHWEST WATERBED DISTRIBUTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1243. FRANKLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1245. WILHELM v. CONTINENTAL TITLE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–1247. POWELL MANUFACTURING CO., INC. v. HARRINGTON MANUFACTURING CO., INC. C. A. Fed. Cir. Certiorari denied.

No. 83–1270. DAILEY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 83–1271. McDONAGH v. MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 83–1295. CARON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1313. TWIN PARKS LIMITED PARTNERSHIP v. N. S. C. CONTRACTORS, INC. C. A. 4th Cir. Certiorari denied.

No. 83–1324. MARTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1343. LOPEZ-LLERENA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1366. FOSTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1382. GERAGHTY v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.